## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

DANTE TYREK VENVERTLOH,

      Plaintiff,

v.                                                                          Civil Action No.  2:18-cv-00008


LINCOLN MILITARY HOUSING, LLC, *et al*.,

      Defendants.

### NOTICE OF SETTLEMENT

      Defendants Lincoln Military Housing, LLC, et al., hereby notify the Court that the Parties

have resolved all claims between them in this matter and are in the process of completing the

papers necessary to effectuate the dismissal. Pursuant to the Memorandum of Understanding

Regarding Settlement Agreement entered into by the Parties on December 21, 2018, the Parties

have agreed to execute a formal settlement agreement by January 2, 2019 and file a notice of

dismissal with prejudice by January 11, 2019, and respectfully request that the Court stay all

proceedings until that time.

                LINCOLN MILITARY HOUSING, LLC, *et al*.

                By: /s/   *Richard H. Ottinger*
                          Of Counsel


Richard H. Ottinger (VSB No. 38842)
Email: rottinger@vanblacklaw.com
Jonathan Vincent Gallo (VSB No. 92725)
Email: jgallo@vanblacklaw.com
VANDEVENTER BLACK LLP
500 World Trade Center
Norfolk, Virginia 23510
Telephone: (757)446-8600
Facsimile: (757)446-8670
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2018, I electronically filed the foregoing with the Court using the CM/ECF system which will then send notification of such filing to the following:

David S. Bailey (VSB No. 24940)
The Environmental Law Group, PLLC
Liberty One Plaza, Suite 106
4801 Cox Road
Glen Allen, Virginia 23060
Telephone: 804-433-1980
Facsimile: 804-433-1981
dbailey@envirolawva.com
*Attorney for the Plaintiff*

By: /s/   *Richard H. Ottinger*
              Of Counsel

Richard H. Ottinger (VSB No. 38842)
Email: rottinger@vanblacklaw.com
Jonathan Vincent Gallo (VSB No. 92725)
Email: jgallo@vanblacklaw.com
VANDEVENTER BLACK LLP
101 West Main Street
500 World Trade Center
Norfolk, Virginia 23510
Telephone: (757)446-8600
Facsimile: (757)446-8670
*Attorneys for Defendants*

4846-1994-0740, v. 1